1   BITA RAHEBI (CA SBN 209351)
    brahebi@mofo.com
2   MORRISON & FOERSTER LLP
    707 Wilshire Boulevard
3   Los Angeles, CA 90017-3543
    Telephone: (213) 892-5200
4   Fax: (213) 892-5454

5   ARTURO J. GONZALEZ (CA SBN 121490)
    agonzalez@mofo.com
6   MORRISON & FOERSTER LLP
    425 Market Street
7   San Francisco, CA 94105-2482
    Telephone: (415) 268-7000
8   Fax: (415) 268-7522

9   ROMAN A. SWOOPES (CA SBN 274167)
    rswoopes@mofo.com
10  H. CHRISTOPHER HAN (CA SBN 295435)
    chan@mofo.com
11  AARON D. BRAY (CA SBN 327771)
    abray@mofo.com
12  MORRISON & FOERSTER LLP
    755 Page Mill Road
13  Palo Alto, CA 94304
    Telephone: (650) 813-5600
14  Fax: (650) 494-0792

15  Attorneys for Defendant
    APPLE INC.
16

17                  UNITED STATES DISTRICT COURT

18                NORTHERN DISTRICT OF CALIFORNIA

19

20  ZENTIAN LTD.,                          Case No.    23-cv-02921-TLT

21                  Plaintiff,             Hon. Trina L. Thompson

22          v.                             **STIPULATION AND
                                           [PROPOSED] ORDER TO STAY
23  APPLE INC.,                            CASE**

24                  Defendant.

25

26

27

28

Plaintiff Zentian Ltd. and Defendant Apple Inc. hereby stipulate and request that the Court stay this action pending the completion of challenges at the Patent Trial and Appeal Board ("PTAB") concerning U.S. Patent Nos. 7,587,319 (the "'319 Patent"), 7,979,277 (the "'277 Patent"), 10,062,377 (the "'377 Patent"), 10,839,789 (the "'789 Patent"), and 10,971,140 (the "'140 Patent") (together, the "Asserted Patents").

WHEREAS, Apple filed petitions for *inter partes* review ("IPR") challenging the Asserted Patents as outlined in the below chart:

| Case No. | Patent | Claims Challenged | Petitioner | Date Filed | Institution Decision |
|---|---|---|---|---|---|
| IPR2023-00033 | '319 | 46-51, 53, 54, 58, 59, 64, 67 | Apple Inc. | 12/02/2022 | Instituted June 12, 2023 |
| IPR2023-00034 | '277 | 1, 4, 5, 7, 9, 10, 12, 14-16 | Apple Inc. | 11/15/2022 | Instituted June 12, 2023 |
| IPR2023-00035 | '377 | All | Apple Inc. | 11/15/2022 | Instituted June 12, 2023 |
| IPR2023-00036 | '789 | 1, 2, 4, 6-14, 16-18, 20-29, 35, 37-39, 42-45 | Apple Inc. | 11/15/2022 | Instituted June 12, 2023 |
| IPR2023-00037 | '140 | All | Apple Inc. | 12/02/2022 | Instituted June 12, 2023 |

WHEREAS, the parties agree that a stay of this action pending resolution of the now-instituted IPRs of the Asserted Patents filed by Apple would conserve both judicial and party resources;

WHEREAS, the parties agree that as part of the stay, all discovery will be paused, including all discovery between the parties and all third-party discovery;

IT IS HEREBY AGREED AND STIPULATED by and between the parties, through their respective counsel, subject to Court approval, THAT:

1.      The case shall be immediately stayed subject to the Court's approval of this stipulation.  All dates and deadlines are stayed as of the filing of this stipulation.

2.      The Parties shall file a joint status report within fourteen (14) days of issuance of the final written decisions in the proceedings listed above, with the parties' positions on whether

1   the stay should be lifted.  The stay shall remain in effect absent further order from this Court.

2

3   /s/  *Katherine E. Rhoades*                          /s/  *Roman A. Swoopes*

4   Kayvan B. Noroozi (SBN 271167)              BITA RAHEBI (CA SBN 209351)
    NOROOZI PC                                          brahebi@mofo.com
5   11601 Wilshire Blvd, Suite 2170                  MORRISON & FOERSTER LLP
    Los Angeles, CA 90025                            707 Wilshire Boulevard
6   (310) 975-7074                                      Los Angeles, CA 90017-3543
    kayvan@nooozipc.com                           Telephone: (213) 892-5200
7                                                       Fax: (213) 892-5454
    Nevin M. Gewertz (*pro hac vice*)
8   Rebecca T. Horwitz (*pro hac vice*)           ARTURO J. GONZALEZ (CA SBN 121490)
    Katherine E. Rhoades (*pro hac vice*)         agonzalez@mofo.com
9   Jessica R. Bernhardt (*pro hac vice*)         MORRISON & FOERSTER LLP
    BARTLIT BECK LLP                              425 Market Street
10  54 West Hubbard Street                          San Francisco, CA 94105-2482
    Chicago, IL 60654                               Telephone: (415) 268-7000
11  (312) 494-4400                                    Fax: (415) 268-7522
    nevin.gewertz@bartlitbeck.com
12  rebecca.horwitz@bartlitbeck.com             ROMAN A. SWOOPES (CA SBN 274167)
    katherine.rhoades@bartlitbeck.com           rswoopes@mofo.com
13  jessica.Bernhardt@bartlitbeck.com           H. CHRISTOPHER HAN (CA SBN 295435)
                                                        chan@mofo.com
14  ***Attorneys for Plaintiff Zentian Ltd.***        AARON D. BRAY (CA SBN 327771)
                                                        abray@mofo.com
15                                                      MORRISON & FOERSTER LLP
                                                        755 Page Mill Road
16                                                      Palo Alto, CA 94304
                                                        Telephone: (650) 813-5600
17                                                      Fax: (650) 494-0792

18                                                      ***Attorneys for Defendant Apple Inc.***

19
    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
20

21    Dated:

22                                    _____
                                        Honorable Trina L. Thompson
23                                      United States District Judge

24

25

26

27

28

1

2                              **<u>ECF ATTESTATION</u>**

3          I hereby attest that concurrence in the filing of this document has been obtained from each

4   of the other signatories hereto.

5

6      Dated: 7/24/2023                    /s/ *Roman A. Swoopes*
                                           Roman A. Swoopes
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28