ARTURO J. GONZALEZ (CA SBN 121490)
agonzalez@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Fax: (415) 268-7522

BITA RAHEBI (CA SBN 209351)
brahebi@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA 90017-3543
Telephone: (213) 892-5200
Fax: (213) 892-5454

ROMAN A. SWOOPES (CA SBN 274167)
rswoopes@mofo.com
AARON D. BRAY (CA SBN 327771)
abray@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 813-5600
Fax: (650) 494-0792

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZENTIAN LTD.,<br><br>        Plaintiff,<br><br>  v.<br><br>APPLE INC.,<br><br>        Defendant. | Case No.   23-cv-02921-TLT<br><br>Hon. Trina L. Thompson<br><br>**STIPULATION AND [PROPOSED] ORDER MAINTAINING STAY OF CASE** |

1    Plaintiff Zentian Ltd. and Defendant Apple Inc. hereby stipulate and request that the Court
2    maintain the stay in this action as indicated below.
3    WHEREAS, Apple filed *inter* partes review ("IPR") petitions at the Patent Trial and
4    Appeal Board ("PTAB") challenging the patentability of all claims asserted in Zentian's
5    infringement contentions from U.S. Patent Nos. 7,587,319 (the "'319 Patent"); 7,979,277 (the
6    "'277 Patent"); 10,062,377 (the "'377 Patent"); 10,839,789 (the "'789 Patent"); and 10,971,140
7    (the "'140 Patent") (together, the "Asserted Patents");
8    WHEREAS, on July 26, 2023, this Court granted the parties' stipulation to stay this case
9    pending completion of these IPR proceedings (ECF No. 117);
10   WHEREAS, the Court's July 26, 2023 order required the parties to file a joint status
11   report within fourteen (14) days of issuance of the final written decisions in the IPR proceedings;
12   WHEREAS, on June 11, 2024, the PTAB issued its Final Written Decisions in all five
13   proceedings, the results of which are summarized in the table below:

| Case No. | Patent | Claims Challenged | Date of Final Written Decision | Claims Found Unpatentable | Asserted Claims Not Found Unpatentable |
|---|---|---|---|---|---|
| IPR2023-00033 | '319 | 46-51, 53, 54, 58, 59, 64, 67 | 06/11/2024 | All challenged claims | None |
| IPR2023-00034 | '277 | 1, 4, 5, 7, 9, 10, 12, 14-16 | 06/11/2024 | All challenged claims | None |
| IPR2023-00035 | '377 | 1-6 (all) | 06/11/2024 | All challenged claims | None |
| IPR2023-00036 | '789 | 1, 2, 4, 6-14, 16-18, 20-29, 35, 37-39, 42-45 | 06/11/2024 | 10, 12-14, 16-18, 20-23, 25-28, 35, 37-39, 42-45 | 1, 2, 4, 6-9, 11, 24, 29 |
| IPR2023-00037 | '140 | 1-8 (all) | 06/11/2024 | None | 1-8 |

WHEREAS, the parties agree that extending the stay of this action for at least three
months would provide time for the parties to attempt to settle this litigation without consuming
additional judicial and party resources;

WHEREAS, the parties have not previously requested an extension of the present stay,

nor have they requested any other modification of deadlines set by this Court;

IT IS HEREBY AGREED AND STIPULATED by and between the parties, through their respective counsel, subject to Court approval, THAT:

1. The stay of this case shall remain in effect absent further order from this Court. All dates and deadlines are stayed as of the filing of this stipulation.

2. The case management conference scheduled for July 25, 2024, and the associated deadline to submit a joint case management conference statement by July 18, 2024, are hereby vacated.

3. If the parties are unable to reach a settlement, the parties shall file a joint status report by September 25, 2024, with the parties' positions on whether the stay should be lifted pending appeals.

Dated: June 25, 2024

/s/ *Katherine E. Rhoades*  

Kayvan B. Noroozi (SBN 271167)
NOROOZI PC
11601 Wilshire Blvd, Suite 2170
Los Angeles, CA 90025
(310) 975-7074
kayvan@nooozipc.com

Nevin M. Gewertz (*pro hac vice*)
Rebecca T. Horwitz (*pro hac vice*)
Katherine E. Rhoades (*pro hac vice*)
Jessica R. Bernhardt (*pro hac vice*)
BARTLIT BECK LLP
54 West Hubbard Street
Chicago, IL 60654
(312) 494-4400
nevin.gewertz@bartlitbeck.com
rebecca.horwitz@bartlitbeck.com
katherine.rhoades@bartlitbeck.com
jessica.bernhardt@bartlitbeck.com

**Attorneys for Plaintiff Zentian Ltd.**

/s/ *Roman A. Swoopes*  

Arturo J. Gonzalez (CA SBN 121490)
agonzalez@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Fax: (415) 268-7522

Bita Rahebi (CA SBN 209351)
brahebi@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA 90017-3543
Telephone: (213) 892-5200
Fax: (213) 892-5454

Roman A. Swoopes (CA SBN 274167)
rswoopes@mofo.com
Aaron D. Bray (CA SBN 327771)
abray@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 813-5600
Fax: (650) 494-0792

**Attorneys for Defendant Apple Inc.**

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2  A Further Case Management Conference is set for 10/3/2024 at 2:00 PM. The stay to be lifted at that time.

4  Dated: June 25, 2024

_____
Honorable Trina L. Thompson
United States District Judge

### ECF ATTESTATION

I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

Dated: June 25, 2024

/s/ *Roman A. Swoopes*
Roman A. Swoopes